PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Jake J. Brahm

Cr.: 07-0167-001
PACTS #: 47395

Name of Sentencing Judicial Officer: Honorable Jose L. Linares

Date of Original Sentence: 06/07/08

Original Offense: False Information and Hoaxes

Original Sentence: 6 months imprisonment; 2 years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 01/16/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to pay restitution. |

U.S. Probation Officer Action:

The probation office will continue to closely monitor the offender's employment search efforts, and require the offender to submit weekly employment search logs. The probation office recommends the signed 12A serve as an official letter of reprimand.

Respectfully submitted,

By: Elisa Martinez
U.S. Probation Officer
Date:  10/22/09

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other- To Serve as a Letter of Reprimand

Signature of Judicial Officer

11/2/09
Date