PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jake J. Brahm                                      Cr.: 07-0167-001
                                                                     PACTS #: 47395

Name of Sentencing Judicial Officer: Honorable Jose L. Linares

Date of Original Sentence: 06/07/08

Original Offense: False Information and Hoaxes

Original Sentence: 6 months imprisonment; 2 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 01/16/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1                       Failure to pay restitution.

U.S. Probation Officer Action:

The probation office recommends the case expire as scheduled since the restitution order remains imposed as a final judgment. The offender has been instructed to continue payments to the Clerk's Office and the Clerk's office has been informed of expiration and instruction to continue payments.

                                                  Respectfully submitted,
                                                  By: Elisa Martinez
                                                  U.S. Probation Officer
                                                  Date: 09/20/10

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] Other- Case expire as scheduled.

                                                  Signature of Judicial Officer

                                                  9-24/10
                                                  Date